UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE )
INSURANCE COMPANY, )
    Plaintiff, )
    ) No. 1:15-cv-1314
-v- )
    ) HONORABLE PAUL L. MALONEY
NATIONAL GENERAL INSURANCE )
COMPANY, )
    Defendant. )
_____ )

## JUDGMENT

In accordance with the Opinion and Order entered on this date (ECF No. 37), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: February 9, 2017       /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge